FULCRUM FINANCIAL PARTNERS, TURNER BROADCASTING SYSTEM, INC., A Partner Other Than the Tax Matters Partner, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Fulcrum Fin. v. Commissioner
Docket No. 3944-96
United States Tax Court
2000 U.S. Tax Ct. LEXIS 70; March 8, 2000, Entered *70 Counsel for Petitioner: SUZANNE C. FEESE, King & Spalding, Atlanta, GA.
Special Trial Attorney: ROBERT J. SHILLIDAY, JR., Atlanta, GA.
Thomas B. Wells, Judge WELLS
DECISION
Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure, it is
ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Fulcrum Financial Partners for the taxable year 1991.
Partnership Item
As Reported
As Determined
Short Term Capital Gain
$ 135,105,951
$ 81,063,571
It is stipulated that the Court may enter the foregoing decision pursuant to Tax Court Rule 248(b).
It is further stipulated that the undersigned Turner Broadcasting System, Inc., for the taxable year 1991, by executing this stipulation, consents to the entry of the foregoing decision in this case.
TURNER BROADCASTING SYSTEM, INC.,
A Partner Other Than the Tax Matters Partner
Date: 11/16/99
STUART L. BROWN
Chief Counsel
Internal Revenue Service